CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARENT DOE, individually, and as the father of JOHN DOE, his minor son, and JOHN DOE, individually,<br><br>  Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT/FOOTHILL HIGH SCHOOL/CLARK COUNTY SCHOOL DISTRICT POLICE; ERIN WING; JEANNE DONADIO; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendant. | 2:15-cv-00793-RFB-GWF<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**<br>(Second Request) |

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree to extend the deadline for Defendants to file their replies in support of the Motions to Dismiss, Docket Nos. 15 and 16, up to and including November 9, 2015.  The replies are currently due November 3, 2015.  The parties stipulated to an extension of time for Plaintiffs to file their responses up to October 19, 2015, and in that stipulation the parties agreed replies would be due November 3rd.  Docket No. 19.  This request may technically be considered a second request as Docket No. 19 allowed an additional 8 days for the replies.

Plaintiffs' response to Docket No. 15 exceeds the page limitation under the local rules for responses which Plaintiffs have sought leave to exceed. Additionally, defense counsel's office, the Clark County School District Legal Office, is closed October 30th for Nevada day and defense counsel has a summary judgment motion due in a federal employment discrimination case on November 4th. When entering the stipulation providing for the current reply due date, the undersigned defense counsel neglected to recall these other matters which impact his ability to finalize the replies for this matter in addition to the fact that Plaintiffs' response on the substantive motion to dismiss exceeds the usual page limitation.

Therefore, the parties agree and request that Defendants may have up to and including November 9, 2015 to file replies in support of Docket Nos. 15 and 16.

Dated this 23rd day of October, 2015.

| FENNEMORE CRAIG, P.C. | CLARK COUNTY SCHOOL DISTRICT OFFICE OF GENERAL COUNSEL |
|---|---|
| By: Douglas M. Cohen<br>　Douglas M. Cohen<br>　Nevada Bar 1214<br>　300 South Fourth Street<br>　Suite 1400<br>　Las Vegas, NV 89101<br>　Attorney for Plaintiff | By: S. Scott Greenberg<br>　S. Scott Greenberg<br>　Nevada Bar 4622<br>　5100 West Sahara Avenue<br>　Las Vegas, NV 89146<br>　Attorneys for Defendants |

**IT IS SO ORDERED:**

Dated: October 26, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge