1  THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2  **PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
3  Las Vegas, Nevada 89128
Telephone:    (702) 868-8000
4  Facsimile:    (702) 868-8001
Email: tparker@pnalaw.net
5
F. TRAVIS BUCHANAN, ESQ.
6  Nevada Bar No. 9371
**F. TRAVIS BUCHANAN, ESQ. & ASSOCIATES, PLLC**
7  701 E. Bridger Avenue, Suite 540
Las Vegas, Nevada 89101
8  Telephone:    (702) 335-1058
Facsimile:    (702) 629-6919
9  Email: Ftblaw@gmail.com

10  *Attorneys for Plaintiffs*

11  **UNITED STATES DISTRICT COURT**

12  **DISTRICT OF NEVADA**

13  PARENT DOE, individually, and as the          Case No.: 2:15-cv-00793-APG-GWF
father of JOHN DOE, his minor son, and
14  JOHN DOE, individually,

15          Plaintiffs,          **STIPULATION AND ORDER TO
EXTEND DEADLINE TO FILE REPLY
TO DEFENDANTS' RESPONSE TO**
16  v.          **PLAINTIFFS' RENEWED MOTION TO
FILE SECOND AMENDED**
17  CLARK COUNTY SCHOOL DISTRICT/          **COMPLAINT**
FOOTHILL HIGH SCHOOL/CLARK          (First Request)
18  COUNTY SCHOOL DISTRICT POLICE;
ERIN WING; JEANNE DONADIO; JOHN
19  DOES I-X, inclusive; and ROE
CORPORATIONS I-X, inclusive,
20
21          Defendants.

22          COME NOW the parties, by and through their counsel of record, and hereby stipulate and

23  agree to extend the deadline for Plaintiffs to file their Reply to Defendants' Response to Plaintiffs'

24  Renewed Motion to File Second Amended Complaint [Docket No. 76] from October 6, 2016, up to

25  and including October 14, 2016.  There is no hearing date set on the renewed motion.

26          This request is due to Plaintiffs' counsel, Theodore Parker, III, Esq. being in trial this week

27  in a State Court action, and Plaintiffs' Co-Counsel, F. Travis Buchanan, Esq. being out of town

28  caring for his ill mother.  This short extension will not delay this matter since a hearing has not been

set.

Therefore, it is requested that Plaintiffs have up to and including October 14, 2016, to file a Reply to Docket No. 76.

DATED this 7th day of October, 2016.

**PARKER, NELSON & ASSOCIATES, CHTD.**       **CLARK COUNTY SCHOOL DISTRICT**
                                                                              **OFFICE OF GENERAL COUNSEL**


*/s/ Theodore Parker III*                                          */s/ S. Scott Greenberg*
THEODORE PARKER, III, ESQ.                          S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4716                                         Nevada Bar No. 4622
2460 Professional Court, Suite 200                    5100 West Sahara Avenue
Las Vegas, Nevada 89128                                 Las Vegas, Nevada 89146

*Attorneys for Plaintiffs*                                     *Attorneys for Defendants*

**F. TRAVIS BUCHANAN, ESQ. &**
**ASSOCIATES, PLLC**

*/s/ F. Travis Buchanan*
F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
701 E. Bridger Avenue, Suite 540
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*


**IT IS SO ORDERED:**


Dated: _____ November 10, 2016

_____
U.S. DISTRICT COURT JUDGE

- 2 -