# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PARENT DOE, individually, and as the father of JOHN DOE, his minor son, and JOHN DOE, individually,

    Plaintiffs,

vs.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

    Defendants.

Case No. 2:15-cv00793-APG-GWF

**ORDER**

This matter is before the Court on Defendants' Motion to Seal Docket No. 94 (ECF No. 95), filed on March 24, 2017.

Defendant requests leave to file their Supplement to Opposition to Plaintiffs' Request for Leave to File Reply on Objections to Magistrate's Order (ECF No. 94) under seal pursuant to the stipulated protective ordered entered into by the parties on November 18, 2015. *See* ECF No. 34. Defendants assert that its Supplement contains medical records of Plaintiff John Doe, which require that it be filed under seal under both the "good cause" and "compelling reasons" standards. Upon review, the Court finds good cause to allow Defendants' Supplement to be filed under seal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Seal Docket No. 94 (ECF No. 95) is **granted**.

DATED this 27th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge