1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARENT DOE, individually, and as the father of JOHN DOE, his minor son, and JOHN DOE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT/FOOTHILL HIGH SCHOOL/CLARK COUNTY SCHOOL DISTRICT POLICE; ERIN WING; JEANNE DONADIO; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | 2:15-cv-00793-RFB-GWF<br><br>**STIPULATION AND ORDER TO ALLOW DEPOSITION OF PARENT DOE AFTER CLOSE OF DISCOVERY**<br>(First Request) |

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree to take the continuation of Parent Doe's deposition following the discovery deadline. The discovery deadline is May 4, 2017. Parent Doe's deposition was commenced on January 6, 2017, but did not conclude. Defense counsel requested dates to finish the deposition and has been advised because of work commitments Parent Doe is unavailable until late May. Defense counsel has agreed to continue the conclusion of Parent Doe's deposition until after the discovery deadline due to the representations of Doe's counsel that he is unavailable until after

1 the deadline.

2 Therefore, it is respectfully requested that Defendants be
3 allowed to conclude the deposition of Parent Doe after the May 4,
4 2017, discovery deadline.

5 Dated this 17th day of April, 2017.

| PARKER NELSON & ASSOCIATES | CLARK COUNTY SCHOOL DISTRICT OFFICE OF GENERAL COUNSEL |
|---|---|
| By:/s/ Theodore Parker III<br>Theodore Parker, III<br>2460 Professional Ct., #200<br>Las Vegas, NV 89128<br>Attorney for Plaintiff | By:/s/ S. Scott Greenberg<br>S. Scott Greenberg<br>Nevada Bar 4622<br>5100 West Sahara Avenue<br>Las Vegas, NV 89146<br>Attorneys for Defendants |

**IT IS SO ORDERED:**

Dated: April 24, 2017

_____
UNITED STATES MAGISTRATE JUDGE