| | |
|---|---|
| 1 | THEODORE PARKER, III, ESQ. |
| | Nevada Bar No. 4716 |
| 2 | **PARKER, NELSON & ASSOCIATES, CHTD.** |
| | 2460 Professional Court, Suite 200 |
| 3 | Las Vegas, Nevada 89128 |
| | Telephone:	(702) 868-8000 |
| 4 | Facsimile:	(702) 868-8001 |
| | Email: tparker@pnalaw.net |
| 5 | |
| | F. TRAVIS BUCHANAN, ESQ. |
| 6 | Nevada Bar No. 9371 |
| | **F. TRAVIS BUCHANAN, ESQ. & ASSOCIATES, PLLC** |
| 7 | 701 E. Bridger Avenue, Suite 540 |
| | Las Vegas, Nevada 89101 |
| 8 | Telephone:	(702) 335-1058 |
| | Facsimile:	(702) 629-6919 |
| 9 | Email: Ftblaw@gmail.com |
| 10 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARENT DOE, individually, and as the father of JOHN DOE, his minor son, and JOHN DOE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT/ FOOTHILL HIGH SCHOOL/CLARK COUNTY SCHOOL DISTRICT POLICE; ERIN WING; JEANNE DONADIO; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00793-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 107)**<br><br>(First Request) |

Pursuant to Doc. 107, the Plaintiffs' Response to Defendants' Motion for Summary Judgment is due on June 27, 2017. Following a conversation initiated by counsel for the Plaintiffs, Jay T. Hopkins, Esq., in which Mr. Hopkins requested additional time to respond to the Defendants' Motion for Summary Judgment, Defendants' counsel, S. Scott Greenberg, Esq., agreed to extend the Plaintiffs' response deadline up to and including June 30, 2017. This is the Plaintiffs' First Request for additional time.

1  Pursuant to the agreement of counsel, as authorized by LR IA 6-1, it is hereby stipulated and
2  agreed between Plaintiffs, by and through their counsel of record, THEODORE PARKER, III, ESQ.
3  and JAY T. HOPKINS, ESQ., of the law firm of PARKER, NELSON & ASSOCIATES, CHTD.,
4  and Defendants CLARK COUNTY SCHOOL DISTRICT/FOOTHILL HIGH SCHOOL/CLARK
5  COUNTY SCHOOL DISTRICT POLICE, ERIN WING and JEANNE DONADIO (hereinafter
6  "Defendants"), by and through its Senior Assistant General Counsel, S. SCOTT GREENBERG,
7  ESQ. that the time for Plaintiffs to file a response to Defendant's Motion for Summary Judgment,
8  as directed by this Court in Doc. 107, is hereby extended up to and including June 30, 2017.

This stipulation and Order is sought in good faith and not for the purpose of delay. The parties represent that no prior request for any extension of time has previously been made.

Dated this 27th day of June, 2017.

| PARKER, NELSON & ASSOCIATES, CHTD. | CLARK COUNTY SCHOOL DISTRICT OFFICE OF GENERAL COUNSEL |
|---|---|
| */s/ Theodore Parker, III, Esq.* <br> THEODORE PARKER, III, ESQ. <br> Nevada Bar No. 4716 <br> JAY T. HOPKINS, ESQ. <br> Nevada Bar No. 3223 <br> 2460 Professional Court, Suite 200 <br> Las Vegas, Nevada 89128 <br> *Attorneys for Plaintiffs* | */s/ S. Scott Greenberg, Esq.* <br> S. SCOTT GREENBERG, ESQ. <br> Nevada Bar No. 4622 <br> 5100 West Sahara Avenue <br> Las Vegas, Nevada 89146 <br> *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

Dated: 6/27/2017