CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARENT DOE, individually, and as the father of JOHN DOE, his minor son, and JOHN DOE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT/FOOTHILL HIGH SCHOOL/CLARK COUNTY SCHOOL DISTRICT POLICE; ERIN WING; JEANNE DONADIO; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | 2:15-cv-00793-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>(First Request) |

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree to extend the deadline for Defendants to file their reply in support of the Motion for Summary Judgment (Docket No. 107) filed June 6, 2017. The reply is currently due July 14, 2017. The parties hereby stipulate that Defendants will have up to July 28, 2017, to file their reply. This is the first request to extend the deadline to file the reply.

Defense counsel has had an unexpected family medical matter arise that will have him out of the office July 6-7 and counsel has a labor hearing before the Nevada Employee-Management Relations

Board set for July 11-13. Due to theses matters, the parties have agreed to this extension to allow sufficient time for defense counsel to prepare and file Defendants' reply brief in support of summary judgment.

Therefore, the parties agree and request that Defendants may have up to and including July 28, 2017, to file their reply in support of the Motion for Summary Judgment (Docket No. 107).

Dated this 5th day of July, 2017.

| PARKER NELSON & ASSOCIATES | CLARK COUNTY SCHOOL DISTRICT OFFICE OF GENERAL COUNSEL |
|---|---|
| By:/s/ Theodore Parker III<br>Theodore Parker, III<br>2460 Professional Ct., #200<br>Las Vegas, NV 89128<br>Attorney for Plaintiff | By:/s/ S. Scott Greenberg<br>S. Scott Greenberg<br>Nevada Bar 4622<br>5100 West Sahara Avenue<br>Las Vegas, NV 89146<br>Attorneys for Defendants |

**IT IS SO ORDERED:**

Dated: July 6, 2017

_____
U.S. DISTRICT COURT JUDGE