THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone:   (702) 868-8000
Facsimile:    (702) 868-8001
Email: *Tparker@pnalaw.net*

F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
**F. TRAVIS BUCHANAN, ESQ. & ASSOCIATES, PLLC**
701 E. Bridger Avenue, Suite 540
Las Vegas, Nevada 89101
Telephone:   (702) 331-5478
Facsimile:    (702) 629-6919
Email: *Ftblaw@gmail.com*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PARENT DOE, individually, and JOHN DOE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; ERIN WING; JEANNE DONADIO Principal, in her Official and Individual Capacities; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00793-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(SECOND REQUEST)** |

COME NOW the parties, by and through their counsel of record, and hereby submit the instant Stipulation and Order to Extend Time to file Joint Pre-Trial Order. The parties request the current deadline of March 12, 2018, be extended 21-days up to April 2, 2018.

On January 11, 2018, this Court issued its Order Granting in part and Denying in part Defendant's Motion for Summary Judgment. In light of various causes of action being dismissed

1

from the action, 6 months after the original July 6, 2017 due date for the Joint Pre-Trial Order, the requested extension will allow the parties time to streamline their witness and exhibit lists, and continue their discussions re: the applicability of various state tort damage caps to the remaining causes of action. While the parties are continuing to work to prepare and submit the Joint Pre-Trial Order, the parties' ongoing discussions concerning the applicability of various state tort damage caps to Plaintiffs' surviving claims, might assist the parties with case evaluation and settlement negotiations. The parties are requesting that this Court extend the time to file the Joint Pre-Trial Order while the parties attempt to resolve their positions on the applicable damage caps and counsel to finalize drafting a proposed Order for the claims allowed to proceed by the Court. Specifically, the parties request a three-week extension of the time to file the Joint Pre-Trial Order, extending the deadline until April 2, 2018.

This request is made in good faith and not as an attempt to needlessly delay these proceedings.

DATED this 5th day of March, 2018.

| | |
|---|---|
| **PARKER, NELSON & ASSOCIATES, CHTD.** | **CLARK COUNTY SCHOOL DISTRICT** |
| */s/ Theodore Parker III* <br> THEODORE PARKER, III, ESQ. <br> Nevada Bar No. 4716 <br> 2460 Professional Court, Suite 200 <br> Las Vegas, Nevada 89128 <br><br> F. TRAVIS BUCHANAN, ESQ. <br> Nevada Bar No. 9371 <br> **F. TRAVIS BUCHANAN, ESQ. & ASSOCIATES, PLLC** <br> 701 E. Bridger Avenue, Suite 540 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiffs* | */s/ S. Scott Greenberg* <br> S. SCOTT GREENBERG, ESQ. <br> Nevada Bar No. 4622 <br> 5100 W. Sahara Avenue <br> Las Vegas, Nevada 89146 <br> *Attorneys for Defendants* |

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2018