# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARENT DOE and JOHN DOE, | Case No.: 2:15-cv-00793-APG-GWF |
| Plaintiffs | **Order Denying as Moot Motion for Partial Summary Judgment and Motion to File Surreply** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | [ECF Nos. 127, 135] |
| Defendants | |

In light of the settlement in this case (ECF No. 140),

IT IS ORDERED that the motion for summary judgment **(ECF No. 127)** and motion for leave to file a surreply **(ECF No. 135) are DENIED as moot**.

DATED this 2nd day of July, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE