1 CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
2 S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
3 5100 W. Sahara Ave.
Las Vegas, Nevada 89146
4 (702) 799-5373
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARENT DOE, individually, and as the father of JOHN DOE, his minor son, and JOHN DOE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>Defendant. | CASE NO. 2:15-cv-00793-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that none of them are a prevailing party in this action and therefore none will seek

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

any attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

DATED this 19th day of July, 2018.

| PARKER NELSON & ASSOCIATES | CLARK COUNTY SCHOOL DISTRICT OFFICE OF GENERAL COUNSEL |
|---|---|
| By:/s/ Theodore Parker III<br>Theodore Parker, III<br>2460 Professional Ct., #200<br>Las Vegas, NV 89128<br>Attorney for Plaintiffs | By:/s/ S. Scott Greenberg<br>S. Scott Greenberg<br>Nevada Bar 4622<br>5100 West Sahara Avenue<br>Las Vegas, NV 89146<br>Attorneys for Defendants |

**IT IS SO ORDERED:**

Dated: 7/18/2018

_____
U.S. DISTRICT COURT JUDGE